USPO/MDGA
Sep 2017
TAP 13

United States District Court
Middle District of Georgia

## ORDER TO DESTROY AND RECORD OF DESTRUCTION OF RELINQUISHED, ABANDONED, OR UNCLAIMED MERCHANDISE

**Name of Offender: Richard Van Wagner, Jr.**

**Case Number: 4:09CR10**

| **Control Number** | **Quantity** | **Description of Merchandise** |
|---|---|---|
| W-17669-20260902-1 | 1 | Samsung A01 Cell Phone |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reason For Request:** Richard Van Wagner, Jr., requested and was given permission to obtain a new cell phone to comply with TAP Level 4 restrictions. He has relinquished possession of the item listed above to remain in compliance with his conditions. Wagner has requested the U.S. Probation Office dispose of merchandise listed above to remain in compliance with the conditions ordered by the Court.

**Method of Destruction:** The U.S. Probation Office will utilize a commercial secure hard drive destruction company for all merchandise listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Clayton B. Hester
Special Offender Specialist

09/29/2026
Date

## ORDER TO DESTROY

For good and sufficient cause shown to the court, the above noted items are to be destroyed by the United States Probation Office.

S/Clay D. Land
United States District Judge

10/1/2026
Date